# United States District Court
## Southern District of Georgia

Ella M. Moore

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV413-228

Georgia Department of Corrections

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of September 15, 2014 granting the defendant's motion for summary, judgment is entered in favor of the defendant and against the plaintiff.

| September 15, 2014 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |